**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| DEREK JONES,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>INNER CITY PRESS, INC. and MATTHEW RUSSELL LEE,<br><br>Defendants - Appellees. | No. 25-1742<br><br>D.C. No.<br>2:23-cv-09623-MCS-AJR<br>Central District of California,<br>Los Angeles |

**APPELLANT'S NOTICE OF PAYMENT OF FILING FEES AND PROOF OF PAYMENT**

Plaintiff-Appellant Derek Jones, appearing pro se, respectfully notifies the Court that he has paid the fees for this appeal as directed by the Court's order filed October 23, 2026, and submits the following proof of payment.

1. On October 23, 2026, the Court denied Appellant's motion to proceed *in forma pauperis* (Docket Entry No. 12) and ordered that, within 21 days, Appellant pay $605 to the district court and file proof of payment with this Court. See 9th Cir. R. 42-1.

2. On November 13, 2026, Appellant paid $605.00 to the Clerk of the United States District Court for the Central District of California in Case No. 2:23-cv-09623-MCS-AJR.

3. True and correct copies of the documentation corroborating timely payment of the fee are attached as Exhibit A.

4. This notice and proof of payment are filed within the 21-day period set by the Court's order.

Appellant respectfully requests that the Court note his compliance with the October 23, 2026 order and that this appeal proceed under the briefing schedule set in that order.

Dated: November 13, 2026

Respectfully submitted,

Derek Jones
Plaintiff-Appellant, Pro Se
3950 Eagle Rock Boulevard
Los Angeles, CA 90065
(310) 740-6555
djjones@ucla.edu

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, I electronically filed the foregoing Appellant's Notice of Payment of Filing Fees and Proof of Payment, with Exhibit A, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Case Management System (ACMS). Participants in the case who are registered ACMS users will be served by the ACMS system.

Derek Jones

# EXHIBIT A

Confirmation of Payment of $605.00 in Appeal Fees
U.S. District Court, Central District of California
Paid November 13, 2026

UNITED STATES DISTRICT COURT

Central District of California

*Dolly M. Gee, Chief Judge*

*Brian D. Karth, District Court Executive/Clerk of Court*



# You have successfully paid your filing fee using the Pay.gov website.

**Name:** Derek Jones

**Tracking Number:** EDS-261113-003-9356

**Pay.gov Tracking ID:** 287QHR0H

**Amount:** $405

**Date:** 11/13/2026

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the submission page.

UNITED STATES DISTRICT COURT

Central District of California

*Dolly M. Gee, Chief Judge*

*Brian D. Karth, District Court Executive/Clerk of Court*



# You have successfully paid your filing fee using the Pay.gov website.

**Name:** Derek Jones
**Tracking Number:** EDS-261113-003-9367
**Pay.gov Tracking ID:** 287QLUBR
**Amount:** $52
**Date:** 11/13/2026

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the submission page.

UNITED STATES DISTRICT COURT

Central District of California

*Dolly M. Gee, Chief Judge*

*Brian D. Karth, District Court Executive/Clerk of Court*



# You have successfully paid your filing fee using the Pay.gov website.

**Name:** Derek Jones
**Tracking Number:** EDS-261113-003-9369
**Pay.gov Tracking ID:** 287QM382
**Amount:** $52
**Date:** 11/13/2026

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the submission page.

UNITED STATES DISTRICT COURT

Central District of California

*Dolly M. Gee, Chief Judge*

*Brian D. Karth, District Court Executive/Clerk of Court*



# You have successfully paid your filing fee using the Pay.gov website.

**Name:** Derek Jones

**Tracking Number:** EDS-261113-003-9370

**Pay.gov Tracking ID:** 287QM8A9

**Amount:** $52

**Date:** 11/13/2026

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the submission page.

UNITED STATES DISTRICT COURT

Central District of California

*Dolly M. Gee, Chief Judge*

*Brian D. Karth, District Court Executive/Clerk of Court*



# You have successfully paid your filing fee using the Pay.gov website.

**Name:** Derek Jones

**Tracking Number:** EDS-261113-003-9371

**Pay.gov Tracking ID:** 287QM8B9

**Amount:** $52

**Date:** 11/13/2026

Please include the tracking number as a reference on any communications with the Court about this submission. We recommend that you print this page for your records. You should also receive an email, sent to the email address you provided during the EDSS submission process, confirming your submission.

**For assistance, please contact:**

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Go back to the submission page.